**Order filed November 15, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-01035-CV
_____

## BH CONTRACTORS, LLC, Appellant

### V.

## HELIX ENERGY SOLUTIONS GROUP, INC. AND HELIX SUBSEA CONSTRUCTION, INC., Appellees

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2012-44604**

## O R D E R

Appellant filed a notice of appeal from the final judgment signed September 9, 2015. Appellees filed a notice of cross-appeal from the same judgment. On May 2, 2016, appellant filed its opening brief. On July 15, 2016, appellees filed their response brief. On August 18, 2016, appellant filed a reply brief. No cross-appellant

Unless appellees/cross-appellants file an opening brief with this court on or before **November 30, 2016**, the court will dismiss the cross-appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM